IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YUSUF DESHAWN REEVES,<br><br>Defendant. | Cause No. CR 15-06-M-DLC<br><br><br><br>ORDER |

The United States seeks leave to file under seal an exhibit consisting of medical records.  A motion is unnecessary and should not be filed.  *See* D. Mont. L.R. CR 49.3(a)(2)(C).

Accordingly, IT IS ORDERED that the United States' motion for leave to file under seal (Doc. 184) is DENIED.  The lodged sealed document (Doc. 185) is STRICKEN from the record and will not be considered.  If the United States wants the Court to consider the document, it must follow the Local Rule.

DATED this 18th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court