IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YUSUF DESHAWN REEVES,<br><br>Defendant. | Cause No. CR 15-06-M-DLC<br><br><br>ORDER |

This matter is before the Court on Defendant Reeves' motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) in light of the COVID-19 outbreak. On October 9, 2020, the Court required additional input from the United States. Appropriately, it responded well before the deadline.

Reeves may wish to respond to the United States' most recent submission.

Accordingly, IT IS ORDERED that Reeves may respond on or before **October 23, 2020.**

DATED this 16th day of October, 2020.

*Dana L. Christensen* (signature)

Dana L. Christensen, District Judge
United States District Court